### Third Department, October, 1936.
### (October 2, 1936.)

In the Matter of LESTER W. BLOCH, an Attorney, Respondent.— The respondent, Lester W. Bloch, is suspended from practice as attorney and counselor at law from the date of the entry and service of a certified copy of the order to be entered hereon. And the said respondent, Lester W. Bloch, is hereby commanded to desist and refrain from the practice of law in any form, either as principal or agent, clerk or employee of another, and is hereby forbidden to perform any of the following acts for compensation or reward, to wit: 1. To appear as an attorney or counselor at law before any court, justice, judge, board, commission, or other public authority. 2. To give to another an opinion as to the law or its application, or any advice in relation thereto. Permission, however, is hereby given to the said respondent, Lester W. Bloch, to apply to this court for reinstatement as an attorney and counselor at law any time after the expiration of one year from the date of the entry and service of said order as aforesaid. The court approves of the findings and conclusions of the referee herein, and finds that the respondent, Lester W. Bloch, is guilty of professional misconduct and conduct prejudicial to the administration of justice. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of DENNIS S. DAWSON, an Attorney, Respondent.— Respondent has been charged on two complaints with having converted substantial sums of money belonging to his clients and his failure to make restitution, although repeated demands were made upon him. He admits the conversions. Long after the conversions, and under the pressure of these proceedings, settlement was made with the clients. The respondent, Dennis S. Dawson, is disbarred from the date of the entry and service of a certified copy of the order to that effect to be entered hereon, and said respondent, Dennis S. Dawson, is hereby commanded hereafter to desist and refrain from the practice of law in any form either as principal or agent, clerk or employee of another, and is hereby forbidden to perform any of the following acts for compensation or reward, to wit: 1. To practice as an attorney or counselor at law before any court, judge, justice, board, commission, or other public authority. 2. To give to another an opinion as to the law or its application or any advice in relation thereto. The court approves of the findings of fact of the referee herein, and determines that the respondent, Dennis S. Dawson, is guilty of professional misconduct and conduct prejudicial to the administration of justice. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of ALEXANDER T. SELKIRK, an Attorney, Respondent.— The respondent, Alexander T. Selkirk, is suspended from practice as attorney and counselor at law from the date of the entry and service of a certified copy of the order to be entered hereon. And the said respondent, Alexander T. Selkirk, is hereby commanded to desist and refrain from the practice of law in any form, either as principal or agent, clerk or employee of another, and is hereby forbidden to perform any of the following acts for compensation or reward, to wit: 1. To appear as an attorney or counselor at law before any court, justice, judge, board,